No. 124. WILLIAM R. LYTLE, APPELLANT, *v.* ADOLPHUS GERALD, CHIEF OF POLICE OF THE CITY OF MONTGOMERY, ALA.  Appeal from the Circuit Court of the United States for the Middle District of Alabama.  January 9, 1905.  Dismissed with costs, pursuant to the tenth rule.  *Mr. W. S. Reese, Jr.,* for appellant.  No appearance for appellee.

No. 132. THE TERRITORY OF OKLAHOMA EX REL. OKLAHOMA GAS AND ELECTRIC COMPANY, APPELLANT, *v.* J. E. DE WOLFE ET AL.  Appeal from the Supreme Court of the Territory of Oklahoma.  January 16, 1905.  Dismissed with costs, on authority of counsel for the appellant.  *Mr. Charles B. Ames* for appellant.  No appearance for appellees.

No. 190. THE HARTFORD FIRE INSURANCE COMPANY OF CONNECTICUT ET AL., APPELLANTS, *v.* JOHN C. PERKINS, COMMISSIONER OF INSURANCE.  Appeal from the Circuit Court of the United States for the District of South Dakota.  January 17, 1905.  Dismissed with costs, on motion of *Mr. F. W. McReynolds* for the appellants.  *Mr. Abner E. Hitchcock* and *Mr. F. W. McReynolds* for appellants.  No appearance for appellee.

No. 155. ROBERT PHILPOT, APPELLANT, *v.* FULTON O'BRION ET AL.  Appeal from the United States Circuit Court of Appeals for the First Circuit.  January 20, 1905.  Dismissed with costs, pursuant to the tenth rule.  *Mr. Edmund A. Whitman* for appellant.  *Mr. Frank H. Stewart* for appellees.

No. 127. SOTIRIOS S. LONTOS CHARALAMBIS, APPELLANT,